

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:      01-13-00470-CR, 01-13-00471-CR, 01-13-00472-CR

Style:      Joseph John Akbari

     v. The State of Texas

Date motion filed*:      October 30, 2013

Type of motion:      Request for Supplemental Clerk's Record

Party filing motion:      Appellant

Document to be filed:      Supplemental clerk's record

Is appeal accelerated?      No

If motion to extend time:
     Original due date:
     Number of previous extensions granted:      Current Due date:
     Date Requested:

Ordered that motion is:

☐      Granted

     If document is to be filed, document due:

     ☐      The Court will not grant additional motions to extend time

☑      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

**Appellant's request for the Court to order a supplemental clerk's record containing the Presentence Investigation Report is denied. Appellant's request fails to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5, 10. Further, appellant is entitled to supplement the clerk's record without an order from this Court. *See* TEX. R. APP. P. 34.5(c).**

Judge's signature:      /s/ Justice Evelyn Keyes
         ☐ Acting individually      ☐ Acting for the Court

Panel consists of      _____

Date: November 14, 2013

November 7, 2008 Revision